UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 7:24-cv-121 |
| v. | § | |
| | § | |
| JEFFREY DURGIN, M.D., | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT BY CONSENT

Plaintiff United States of America (United States) and defendant Jeffrey Durgin, M.D. (Dr. Durgin), by and through their undersigned counsel, hereby jointly move for and stipulate to entry of the attached Final Judgment by Consent (Consent Judgment). In support of this Motion, the parties state as follows:

1.      The United States alleges that Dr. Durgin received remuneration in exchange for prescribing compounded pain and scar creams that were reimbursed by the TRICARE program. The claims for reimbursement for these prescriptions were "false or fraudulent claims" for purposes of the False Claims Act under 42 U.S.C. § 1320a-7b(g). The United States claims an entitlement to treble damages and civil penalties under 31 U.S.C. § 3729(a)(1)(A).

2.      Dr. Durgin denies the allegations but wishes to resolve them nonetheless through entry of the attached Consent Judgment.

3.      The United States also wishes to resolve these allegations through entry of the attached Consent Judgment.

4.      Dr. Durgin waives service of the Summons and the Complaint.

5.     Dr. Durgin acknowledges that he has read the provisions of the Consent Judgment, has had sufficient time to consider the ramifications of the Consent Judgment, and understands the terms of the Consent Judgment.

6.     Without admission of liability or wrongdoing, Dr. Durgin stipulates to the entry of the Consent Judgment, freely and without coercion.

7.     For the purposes of this action only, Dr. Durgin admits the facts necessary to establish the Court's jurisdiction.

8.     Each party agrees to bear its own attorney's fees and costs incurred in connection with this action.

Dated:  May 13, 2024                           Respectfully submitted,

                                               JAIME ESPARZA
                                               United States Attorney


                                               THOMAS A. PARNHAM JR.
                                               Assistant United States Attorney
                                               New York Bar No. 4775706
                                               903 San Jacinto Blvd, Suite 334
                                               Austin, Texas 78701
                                               (512) 916-5858 (tel)
                                               (512) 916-5854 (fax)
                                               thomas.parnham@usdoj.gov

                                               *Counsel for the United States*


JEFFREY DURGIN, M.D.                           WEBB MILLSAPS
5800 Lincoln Green Ct                          Webb Millsaps Law, PL
Midland, Texas 79707                           160 W Camino Real # 190
                                               Boca Raton, FL 33432
                                               (561) 900-7238 (tel)
                                               webb@webbmillsapslaw.com

                                               *Counsel for Jeffrey Durgin, M.D.*