UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> JEFFREY DURGIN, M.D., § <br> § <br> Defendant. § | Civil Action No. 7:24-cv-121 |

## FINAL JUDGMENT BY CONSENT

This matter comes before the Court on the Joint Motion for Entry of Final Judgment by Consent filed by plaintiff United States of America and defendant Jeffrey Durgin, M.D. Based on the parties' consent, as evidenced by their signatures below, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment is entered in favor of the United States of America and against defendant Jeffrey Durgin, M.D. in the amount of One Hundred Thousand Dollars (**$100,000**).

2. Interest shall accrue on this Judgment in accordance with 28 U.S.C. § 1961.

3. Each party shall bear its own costs.

4. The Clerk is directed to close this case.

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO AS TO FORM AND SUBSTANCE BY:

JAIME ESPARZA
United States Attorney

THOMAS A. PARNHAM JR.
Assistant United States Attorney
New York Bar No. 4775706
903 San Jacinto Blvd, Suite 334
Austin, Texas 78701
(512) 916-5858 (tel)
(512) 916-5854 (fax)
thomas.parnham@usdoj.gov

*Counsel for the United States*

JEFFREY DURGIN, M.D.
5800 Lincoln Green Ct
Midland, Texas 79707

WEBB MILLSAPS
Webb Millsaps Law, PL
160 W Camino Real # 190
Boca Raton, FL 33432
(561) 900-7238 (tel)
webb@webbmillsapslaw.com

*Counsel for Jeffrey Durgin, M.D.*